# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TAYLOR CUMINGS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 1:19-cv-04406-TWP-MPB |
| CITY OF MUNCIE, and RYAN MCCORKLE, | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants City of Muncie and Ryan McCorkle and against Plaintiff Taylor Cumings. This action is **TERMINATED**.

Dated: 9/30/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Tia J. Combs
FREEMAN MATHIS & GARY, LLP
tcombs@fmglaw.com

Daenayia Hudson
FREEMAN MATHIS & GARY, LLP
daenayia.hudson@fmglaw.com

Matthew L. Kelsey
DEFUR VORAN LLP
mkelsey@defur.com

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@tlawindy.com

Casey C. Stansbury
FREEMAN MATHIS & GARY, LLP
cstansbury@fmglaw.com

James R. Williams
DEFUR VORAN LLP
jwilliams@defur.com